COMMONWEALTH PERFUME & TOILET WATER MANUFACTURING COMPANY, Inc., Plaintiff-Appellee, v. Maurice CAMPBELL, Federal Prohibition Administrator for Second District of New York, and James M. Doran, Federal Prohibition Commissioner of the United States, Defendants-Appellants.

No. 289.

Circuit Court of Appeals, Second Circuit.

May 5, 1930.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg, Asst. U. S. Atty., of Brooklyn, N. Y., and John E. O'Neill, Counsel to Prohibition Administrator, of New York City, of counsel), for appellants.

Lewis Landes, of New York City, for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Appeal dismissed upon the authority of Security Mut. Life Ins. Co. v. Prewitt (1906) 200 U. S. 446, 26 S. Ct. 314, 50 L. Ed. 545.